NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROGER R. GRUEN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7203

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 09-3603, Judge Robert N. Davis.

---

**JUDGMENT**

---

MEREDITH L. BOYLAN, Venable LLP, of Washington, DC, argued for claimant-appellant. With her on the brief was MARTIN L. SAAD.

DANIEL B. VOLK, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, LINN and O'Malley, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 14, 2012      /s/ Jan Horbaly
Date      Jan Horbaly
     Clerk